# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00468-CV
## NO. 03-13-00557-CV

### In re Chase Carmen Hunter

### ORIGINAL PROCEEDINGS FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Chase Carmen Hunter has filed two mandamus proceedings complaining about the handling of her filings in the trial court and the trial court clerk's refusal to allow her to proceed as an indigent. We lack jurisdiction over the trial court clerk except in rare instances when action is necessary to preserve our appellate jurisdiction. *See* Tex. Gov't Code § 22.221. We therefore deny the petitions for writ of mandamus. We further deny relator's motion to transfer.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Filed: October 2, 2013